IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN TRAINOR,                                              3:14-cv-00305-MA

        Petitioner,                                     ORDER

  v.

MARION FEATHER, Warden,

        Respondent.

MARSH, Judge

    Petitioner's unopposed motion to voluntarily dismiss (#28) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this **30** day of July, 2014.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

1 - ORDER